Exhibit A

*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
601 West 26th Street, Suite 700
New York, New York 10001



**U.S. Immigration and Customs Enforcement**

MAR 2 0 2018
**NOTICE OF INSPECTION**

Garden Mini Deli, Inc.
163 Garden Street
Poughkeepsie, NY 12601

Dear Sir/Madam:

Section 274A of the Immigration and Nationality Act, as amended, by the Immigration Reform and Control Act of 1986, requires employers to hire only United States citizens and aliens who are authorized to work in the United States. Employers must verify the employment eligibility of persons hired after November 6, 1986, using the Employment Eligibility Verification Form I-9 (Form I-9).

Federal regulations require the provision of three days' notice prior to conducting an inspection of an employer's Forms I-9. This letter serves as advance notice that U.S. Immigration and Customs Enforcement, Homeland Security Investigations (HSI) has scheduled an inspection of your Forms I-9 for April 4, 2018. This inspection is for employees who are/were employed by Garden Mini Deli, Inc. at 163 Garden Street. However, you may waive the three-day period, should you wish to do so, by annotating and signing page two of this letter and advising this office of your decision.

During the inspection, Special Agent Bruce Scott will discuss the requirements of the law with you. In addition to the presentation of your Forms I-9, you will need to present any documents copied as part of the employment eligibility verification process. If your business utilizes software for the electronic generation and storage of Forms I-9, you will need to present: the name of the software and vendor utilized; the internal business practices/protocols related to the generation of, use of, storage of, security of, and inspection and quality assurance programs for your electronically generated Forms I-9; the indexing system identifying how the electronic information contained in the Form I-9 is linked to each employee; documentation of the system used to capture the electronic signature, including the identity and attestation of the individual signing the Form I-9; and the audit trail. Further, pursuant to 8 CFR 274a.2(e)(8)(ii), Special Agent Bruce Scott may contact you in the future to schedule a live demonstration of the creation and maintenance of an electronically generated Form I-9.

The purpose of this inspection is to assess your compliance with the provisions of the law. HSI will make every effort to conduct the inspection in a timely manner so as not to impede your normal business routine. If you have any questions with respect to this inspection, please contact Carl Straker at (646) 230-3303.

For more information on the Form I-9 inspection process please visit http://www.ice.gov/news/library/factsheets/i9-inspection.htm.

Sincerely,

Angel M. Melendez
Special Agent in Charge

## Waiver of the Three-Day Period

I wish to waive the three-day notice to which I am entitled by regulation.

_____     _____     _____
(Printed Name)                        (Signature)                              (Date)

## Certificate of Service

This Notice of Inspection was served upon the employer by me on __3/26/10__, in the following manner:                                                                (Date)

[X] In person                    [ ] By certified mail, return receipt requested

_____         _____
(Signature of HSI Special Agent)            (Signature of Employer if Personally Served)


## CERTIFICATE OF SERVICE AND ACKNOWLEDGEMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on __3/26/18__ (Date), I served this subpoena on the witness named in Block 1 in the following manner:

(Details of how service was effected)

_____
(Signature of Official Serving Subpoena)

Joseph C. Grimaldi
(Printed Name of Official Serving Subpoena)

Special Agent
(Title of Official Serving Subpoena)

**B. ACKNOWLEDGEMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature: _[signature]_

Title: Cleaner

Date: 3/26/18

Time: 1321 ☐ a.m. ☒ p.m.

DHS Form I-138 (06/09)