Exhibit C

12/3/2020

USPS.com® - USPS

# USPS Tracking®

**Track Another Package**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $          Postmark
☐ Certified Mail Restricted Delivery $          Here
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$                                atty of record
Sent To  Adam Paskoff, Esq
Street and Apt. No., or PO Box No.
333 Sylvan Avenue, suite 107
City, State, ZIP+4
Englewood Cliffs, NJ 07632
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 0700 0000 3461 4068

**Tracking Number:** 70190700000034614068

Your item was delivered to the front desk, reception area, or mail room at 2:42 pm on July 11, 2020 in ENGLEWOOD CLIFFS, NJ 07632.

## ✓ Delivered

July 11, 2020 at 2:42 pm
Delivered, Front Desk/Reception/Mail Room
ENGLEWOOD CLIFFS, NJ 07632

**Get Updates** ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

July 11, 2020, 2:42 pm
Delivered, Front Desk/Reception/Mail Room
ENGLEWOOD CLIFFS, NJ 07632
Your item was delivered to the front desk, reception area, or mail room at 2:42 pm on July 11, 2020 in ENGLEWOOD CLIFFS, NJ 07632.

July 11, 2020, 2:38 am
Departed USPS Regional Facility
TETERBORO NJ DISTRIBUTION CENTER