Exhibit E



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF HOMELAND SECURITY
IMMIGRATION AND CUSTOMS ENFORCEMENT (DHS/ICE)
CERTIFICATE OF INDEBTEDNESS

Garden Mini Deli, Inc.
ATTN: Garden Mini Deli Inc
163 Garden Street
Poughkeepsie, NY 12601

**EIN:** ▬▬▬▬▬▬▬▬

**TRFM13925870**

I hereby certify, as part of my duties with the U.S. Department of the Treasury, Bureau of the Fiscal Service, Disbursement and Debt Management Services (Treasury), including referring matters to the U.S. Department of Justice (DOJ) for litigation, I am a custodian of records of certain files sent by the U.S. Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE) to Treasury for collection actions. As a custodian of records for Treasury, I have care and custody of records relating to the debt owed by Garden Mini Deli, Inc., (DEBTOR) to DHS/ICE.

The information contained in this Certificate of Indebtedness is based on documents created by an employee or contractor of DHS/ICE based on his/her knowledge at or near the time the events were recorded, including the review of the delinquency of overpayments, or by an employee or contractor of Treasury based on his/her knowledge at or near the time the events were recorded, including the review of the delinquency of overpayments. Treasury's regular business practice is to receive, store and rely on the documents provided by DHS/ICE, when, debts are referred to Treasury for collection activities, including litigation. Further, I certify that I am familiar with Treasury's record keeping practices, including the receipt of files from DHS/ICE.

On January 4, 2021, DHS/ICE determined the DEBTOR delinquent in repaying a debt due to their Worksite Enforcement Verification Violation in the amount of $19,865.45. DHS/ICE sent the DEBTOR letters advising of the debt and requesting payment to no avail. DHS/ICE referred the debt to Treasury for collection on April 20, 2021.



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF HOMELAND SECURITY
IMMIGRATION AND CUSTOMS ENFORCEMENT (DHS/ICE)
<u>CERTIFICATE OF INDEBTEDNESS</u>

On November 23, 2022, Treasury referred the debt to DOJ for litigation and collection in the amount due of $19,865.45 with daily interest of $1.09 and daily penalty of $3.27. As of April 26, 2024, the DEBTOR is indebted to the United States in the amounts stated as follows:

| | |
|---|---:|
| Principal: | $ 19,865.45 |
| Interest (@2.00%): | $ 1,283.72 |
| Penalty (@6.00%): | $ 4,051.51 |
| Administrative Costs: | $ 8,613.63 |
| **Total:** | **$ 33,814.31** |

The balance stated in the debt listed above are current as of April 26, 2024, including any applicable interest, penalties, administrative fees, and Treasury & DOJ fees (pursuant to 31 U.S.C. §§ 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. § 527, note).

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the DHS/ICE and information contained in Treasury's records.

_____
Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service
Date: 4/26/24